O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYMOND TIMOTHY PONCE,                    )          CASE NO. ED CV 12-00784 ODW (RZ)
                                          )
                    Petitioner,           )
                                          )          JUDGMENT
          vs.                             )
                                          )
MATTHEW CATE, Secretary, CDCR,            )
                                          )
                    Respondent.           )
_____)

        This matter came before the Court on the Petition of RAYMOND TIMOTHY

PONCE, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers,

and having accepted the findings and recommendation of the United States Magistrate

Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

is dismissed with prejudice.

        DATED:  March 7, 2013

                                          _____
                                              OTIS D. WRIGHT, II
                                          UNITED STATES DISTRICT JUDGE